FILED

AUG -7 2015

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| United States of America<br><br>v.<br><br>Mangal Gill,<br><br>Defendant. | Case No. 4:15-mj-71000-MAG-1 (DMR)<br><br>Charging District: Eastern District of California, Sacramento<br><br>Charging District's Case No.: 2:15-CR-0161 KJM |
|---|---|

**ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL**

After a hearing in this court, the defendant is released from custody and ordered to appear in the district court where the charges are pending to answer those charges. If the time to appear in that court has not yet been set, the defendant must appear when notified to do so. Otherwise, the time and place to appear in that court are:

| Place: United States District Court<br>Eastern District of California<br>501 I Street<br>Sacramento, CA 95814 | Courtroom No.: 8, 13th Floor |
|---|---|
| | Hon. Edmund F. Brennan |
| | Date and Time: August 14, 2015 2:00 PM |

The clerk is ordered to transfer any bail deposited in the registry of this court to the clerk of the court where the charges are pending.

Dated: August 7, 2015

_____
DONNA M. RYU
United States Magistrate Judge